# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

October 4, 2013

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Spokane

The Honorable John T. Rodgers
United States District Court
Thomas S. Foley United States Courthouse
920 West Riverside Avenue, 7th Floor
Spokane, WA 99201-1010

           **RE: LOUANGRATH, Adoune**
           **DOCKET NO.: 2:13CR00114-002**
           **REQUEST FOR MODIFICATION OF**
           **PRETRIAL RELEASE CONDITIONS**

Your Honor:

On July 9, 2013, the above-noted defendant made his initial appearance in this matter before the Honorable Cynthia Imbrogno, U.S. Magistrate Judge, in Spokane, Washington. Mr. Louangrath was detained pending a detention hearing.

On July 12, 2013, a detention hearing was held. The Court took the matter of detention under advisement.

On August 1, 2013, the Court ordered Mr. Louangrath be released from custody under conditions of pretrial release supervision. On or about August 12, 2013, the defendant posted bond and was released from custody.

The defendant resides in Fresno, California, and is supervised by the U.S. Pretrial Services Office in the Eastern District of California. The purpose of this letter is to request two modifications of Mr. Louangrath's conditions of pretrial release supervision.

The supervising pretrial services officer (USPSO) in the Eastern District of California assigned to supervise the defendant reported to this officer that Mr. Louangrath has requested to travel to Clovis, California, for the purpose of grocery shopping. Clovis, California, is located next to Fresno, California. According to his pretrial release conditions, Mr. Louangrath's travel is restricted to Fresno, California, and the Eastern District of Washington for court appearances. Subsequently, the USPSO denied the defendant's request to enter into Clovis, California.

LOUANGRATH, Adoune
October 4, 2013
Page 2

The USPSO advised other defendants who reside in the Eastern District of California are typically allowed to travel within that district. Therefore, this officer respectfully requests that Mr. Louangrath's travel restrictions be modified to allow him to travel within the Eastern District of California, as well as the Eastern District of Washington for court appearances.

In addition, Mr. Louangrath has been ordered to comply with a curfew, as directed by the pretrial services office, without the benefit of electronic monitoring. Without electronic monitoring, the USPSO contacts Mr. Louangrath randomly during the night to verify his compliance with the curfew requirement. The U.S. Pretrial Services Office in the Eastern District of California would prefer an electronic monitoring condition be imposed so that Mr. Louangrath's curfew condition could be more effectively monitored. The cost for electronic monitoring in the Eastern District of California is $3.19 per day. This officer respectfully requests the defendant's conditions be modified to include an electronic monitoring requirement.

This officer has discussed the above-noted modification requests with defense counsel and the assistant U.S. attorney. Neither party is opposed to the above-noted modifications of the defendant's pretrial release conditions. Enclosed with this letter is a consent to modify conditions of release. Mr. Louangrath and the assigned USPSO in the Eastern District of California discussed the release modification and the defendant signed the document.

Should the Court have any further questions, please contact the undersigned officer.

                                            Respectfully submitted,

                                            Scott M. Morse, Sr.
                                            Chief U.S. Probation Officer

By:   s/Erik Carlson               10/4/2013
       Erik Carlson                  Date
       U.S. Probation Officer

Approved By:

s/Matthew L. Thompson      10/4/2013
Matthew L. Thompson        Date
Supervising U.S. Probation Officer

EC/jf

**LOUANGRATH, Adoune**
**October 4, 2013**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

S/*JOHN T. RODGERS*

Signature of Judicial Officer

October 7, 2013

Date

PS 42
(Rev. 7/93)

# United States District Court

Eastern District of Washington

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| | ) |
| Adoune Louangrath | ) |
| | ) Case No.  2:13CR00114-002 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Adoune Loangrath_____, have discussed with _____Jacob Scott_____, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

1. Electronic Monitoring: The Defendant shall participate in a program of electronically monitored home confinement. The Defendant shall wear at all times, an electronic monitoring device under the supervision of U.S. Probation/Pretrial Services. The defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

2. Defendant shall remain in the Eastern District of California and travel to the Eastern District of Washington for Court-related matters.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10-03-2013       _____  10-3-13
Signature of Defendant      Date              Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                                  10/4/13
Signature of Defense Counsel                                                Date

☐ The above modification of conditions of release is ordered, to be effective on _____.
☐ The above modification of conditions of release is *not* ordered.

_____                                                  _____
Signature of Judicial Officer                                               Date