UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADOUNE LOUANGRATH,<br><br>Defendant. | No. 2:13-CR-0114-FVS-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE CONDITIONS OF HIS RELEASE |

**BEFORE THE COURT** is Defendant Adoune Louangrath's November 13, 2014, request to modify the conditions of his release. ECF No. 276. Defendant is represented by Philip E. Nino. Earl Hicks represents the United States.

Plaintiff specifically requests the conditions of his release be modified to eliminate the requirement of electronic home monitoring. This requirement was originally ordered by the Court, with Defendant's consent, on October 7, 2013. ECF No. 144. The supervising U.S. Probation Officer has no objection to the instant request for modification, and the Government apparently "aligns with whatever position is taken by U.S. Probation". ECF No. 276 at 2.

Based on the foregoing, **IT IS HEREBY ORDERED:**

1. Defendant's motion to expedite the hearing, **ECF No. 277**, is **GRANTED.**

2. Defendant's motion to modify the conditions of his release, **ECF No. 276**, is **GRANTED.**

3. Defendant is no longer required to participate in electronic home monitoring.

4. All other conditions of release previously imposed by the Court remain in effect.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to counsel and the United States Probation Office.

DATED November 20, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION . . . - 2