UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-114-FVS-2 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY |
| vs. | |
| ADOUNE LOUANGRATH, | |
| Defendant. | |

Before the Court is Defendant's Motion to Modify pretrial release conditions, and Motion to Expedite.  ECF No. 279, 280.  Defendant seeks, at the request of the U.S. Probation Officer, to modify his conditions to eliminate the curfew requirement.  The United States does not object to this request.  Accordingly,

**IT IS ORDERED** Defendant's Motion to Expedite, **ECF No. 280,** and Motion to Modify, **ECF No. 279,** are **GRANTED.**  Defendant shall no longer be subject to a curfew.  All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED November 24, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1