UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADOUNE LOUANGRATH,<br><br>Defendant. | NO: 13-CR-0114-TOR-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (ECF No. 407). The motion was submitted for consideration without oral argument.  The Court has reviewed the motion and the file therein and is fully informed. Defendant seeks to modify the conditions of his release by eliminating the requirement for weekly contact with his counsel. Defendant avers this condition has become burdensome as he works night shifts and is sleeping during his counsel's office hours.  Defendant has abided by all conditions of release since they were imposed on August 1, 2013, and neither the U.S. Probation Officer nor

ORDER GRANTING DEFENDANTS' MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

the Assistant United States Attorney oppose the request.  Finding good cause has been shown, the Court grants the motion.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defendant's Motion to Modify Conditions of Release (ECF No. 407) is **GRANTED**.

2. Defendant's conditions of release (ECF No. 84) are modified to eliminate condition number 7.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the U.S. Probation Office.

**DATED** March 10, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2